UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KEVIN HENNESSY, Individually and On Behalf of
All Others Similarly Situated,

                Plaintiff,

      -against-

TELIK, INC., MICHAEL M. WICK, CYNTHIA M.
BUTITTA, UBS SECURITIES LLC, LEHMAN
BROTHERS HOLDINGS, INC., and J.P. MORGAN
SECURITIES INC.,

                Defendants.

07 Civ. 5705 (CM) [5707]

**STIPULATION AND ORDER**

------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their undersigned counsel, as follows:

       1.    Counsel for defendants has agreed to accept service of the summons and complaint for defendants Telik, Inc, Michael M. Wick, and Cynthia M. Butitta (the "Defendants");

       2.    The time for the Defendants to answer, move or otherwise respond to the Complaint is adjourned *sine die*;

       3.    Lead Plaintiff shall file its Consolidated Amended Class Action Complaint ("Amended Complaint") forty-five days (45) after the entry of an order appointing Lead Plaintiff;

       4.    The Defendants shall move or otherwise respond to the Amended Complaint within forty-five days (45) after service of the Amended Complaint;

ny-767749

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

5. Should the Defendants file a Motion, rather than an Answer, Lead Plaintiff shall file its Opposition to any Motion to Dismiss with forty-five days (45) after the service of the Defendants' Motion to Dismiss; and

6. The Defendants shall file their Reply to Lead Plaintiff's Opposition to Defendants' Motion to Dismiss with thirty days (30) after service of Lead Plaintiff's Opposition.

7. No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve any and all defenses, with the exception of defenses or objections related solely to service of process, which are hereby specifically waived pursuant to Rule 4 of the Federal Rules of Civil Procedure.

There has been no previous request for an extension of time in connection with this matter.

Dated: New York, New York
July 30, 2007

BRODSKY & SMITH, LLC

By _Evan Smith/JM_
Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977 (telephone)
(516) 741-0626 (fascimile)

SCHIFFRIN BARROWAY TOPAZ
& KESSLER LLP
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706 (telephone)
(610) 667-7056 (facsimile)

*Attorneys for Plaintiff*

MORRISON & FOERSTER LLP

By _[signature]_
Jack C. Auspitz
Jamie A. Levitt
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000 (telephone)
(212) 468-7900 (facsimile)

*Attorneys for Defendants*
Telik, Inc., Michael M. Wick and Cynthia M. Butitta

SO ORDERED:

_[signature]_
U.S.D.J.

7-31-07