## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated, | ) Civil No. 1:07-CV-04819-CM |
| ) | |
| Plaintiff, | ) <u>CLASS ACTION</u> |
| ) | |
| vs. | ) <u>ELECTRONICALLY FILED</u> |
| ) | |
| TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM &COMPANY, INC., LAZARD FRERES & CO. LLC, FORTIS SECURITIES, INC. and J.P. MORGAN SECURITIES, INC | ) |
| Defendants. | ) |

| | |
|---|---|
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated, | ) Civil No. 1:07-CV-5707-CM |
| ) | |
| Plaintiff, | ) <u>CLASS ACTION</u> |
| ) | |
| vs. | ) |
| ) | |
| TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC. and J.P. MORGAN SECURITIES, INC. | ) |
| Defendants. | ) |

### <u>NOTICE OF APPEARANCE</u>

To the Clerk of the Court and all parties of record:

      Steven E. Fineman, Esq., a member in good standing of this Court, and a partner

of the firm Lieff, Cabraser, Heimann & Bernstein, LLP, hereby enters his appearance as counsel

722603.1

of record on behalf of Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. in the above-captioned

action, and requests that copies of all notices, pleadings, and other documents filed in this

proceeding be provided to him.

Dated: New York, New York

      August 6, 2007

__/s_ Steven E. Fineman_____

Steven E. Fineman, Bar No. SF 8481
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
780 Third Avenue
48th Floor
New York, NY  10017
Tel. (212) 355-9500
Fax (212) 355-9592
E-mail: sfineman@lchb.com

*Attorney for Erste-Sparinvest Kapitalanlagegesellschaft m.b.H.*