# EXHIBIT A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Dr. Franz Gschiegl and Mag. Winfried Buchbauer, on behalf of ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H. ("ERSTE-SPARINVEST"), for account of the fund listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against Telik, Inc. ("TELK") and designate Motley Rice LLC as proposed lead counsel for ERSTE-SPARINVEST in this action for all purposes.

2. We are duly authorized to institute legal action on ERSTE-SPARINVEST's and the Fund's behalf, including litigation against TELK and the other defendants. ERSTE-SPARINVEST controls and manages and is attorney-in-fact for the Fund.

3. ERSTE-SPARINVEST did not acquire TELK securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. ERSTE-SPARINVEST is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. ERSTE-SPARINVEST will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. Within the past three years, ERSTE-SPARINVEST has sought to serve as a representative party for a class in an action under the federal securities laws in the following cases:

> *In re Parmalat Sec. Litig.*, No. 04-cv-0030 (S.D.N.Y. 2004);
> *Blechner v. Daimler-Benz AG*, No. 04-cv-0331 (D. Del. 2004);
> *In re General Motors Corp. Sec. Litig.*, No. 05-cv-8088 (S.D.N.Y. 2005);
> *Rosen v. General Motors Corp.*, No. 05-cv-60290 (E.D. Mich. 2005);
> (The motions in the GM actions relate to parallel proceedings stemming from the same litigation filed in two districts. The consolidated class action is now proceeding as In re General Motors Corporation Securities and Derivative Litigation, 2:06-md-01749-GER (E.D. Mich. 2006));
> *In re UnitedHealth Group Inc. PSLRA Litig.*, No. 06-cv-01691 (D.Minn. 2006);
> *In Re: Juniper Securities Litigation*, 06-cv-04327 (N.D.Cal. 2006);
> *Weissmann v. Par Pharmaceutical Companies, Inc.*, 06-cv-03226 (D.N.J. 2006).

ERSTE-SPARINVEST was appointed co-lead plaintiff in *Blechner v. Daimler-Benz AG*, No. 04-cv-00331 (D. Del. 2004).

7.  ERSTE-SPARINVEST understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.  Attached hereto as Schedule A is a complete listing of all transactions ERSTE-SPARINVEST made on behalf of the Fund during the Class Period in the security that is the subject of the complaint. ERSTE-SPARINVEST will provide records of those transactions upon request. ERSTE-SPARINVEST purchased all of its TELK common stock on the NASDAQ exchange.

9.  ERSTE-SPARINVEST is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct**

Executed this ___ day of August 2007

ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H.

_____
Dr. Franz Gschiegl
Managing Director

_____
Mag. Winfried Buchbauer
Legal Counsel

# Telik, Inc. (NASDAQ: TELK)
## Erste Sparinvest

### Schedule A

| ESPA STOCK BIOTEC | Settlement Date (1) | Shares | Price |
|---|---|---|---|
| **Purchases:** | *02/05/04* | 20,196 | 24.3600 |
| | *02/23/04* | 1,869 | 25.6700 |
| | 08/11/05 | 1,280 | 15.9300 |
| | 10/06/05 | 2,221 | 15.7400 |
| | 10/24/05 | 1,499 | 15.2000 |
| | 11/30/05 | 1,554 | 16.7800 |
| | 02/08/06 | 927 | 18.9400 |
| | 04/24/06 | 3,104 | 17.7600 |
| | 10/10/06 | 1,457 | 17.6200 |
| | 10/16/06 | 1,071 | 19.1900 |
| **Sales:** | 12/21/05 | 977 | 16.6900 |
| | 01/26/06 | 948 | 18.7100 |
| | 12/15/06 | 1,597 | 16.6900 |
| | 02/01/07 | 2,294 | 6.5800 |
| | 02/20/07 | 3,053 | 5.6500 |

(1) Italicized dates indicate settlement dates