# EXHIBIT C

Class Period: 03/27/03 - 06/04/07

**Telik, Inc. (NASDAQ: TELK)**
**Erste Sparinvest Loss Chart**

Hold price: $3.3513

| PLAINTIFF | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE (1) | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE (3) | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |

| PLAINTIFF | DATE (1) | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE (3) | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ESPA STOCK BIOTEC | 02/05/04 | 20,196 | 24.3600 | 491,974.56 | 12/21/05 | 977 | 16.6900 | 16,306.13 | | | |
| | 02/23/04 | 1,869 | 25.6700 | 47,977.23 | 01/26/06 | 948 | 18.7100 | 17,737.08 | | | |
| | 08/11/05 | 1,280 | 15.9300 | 20,390.40 | 12/15/06 | 1,597 | 16.6900 | 26,653.93 | | | |
| | 10/06/05 | 2,221 | 15.7400 | 34,958.54 | 02/01/07 | 2,294 | 6.5800 | 15,094.52 | | | |
| | 10/24/05 | 1,499 | 15.2000 | 22,784.80 | 02/20/07 | 3,053 | 5.6500 | 17,249.45 | | | |
| | 11/30/05 | 1,554 | 16.7800 | 26,076.12 | 06/15/07 | 4,843 | 3.5000 | 16,950.50 | | | |
| | 02/08/06 | 927 | 18.9400 | 17,557.38 | | | | | | | |
| | 04/24/06 | 3,104 | 17.7600 | 55,127.04 | | | | | | | |
| | 10/10/06 | 1,457 | 17.6200 | 25,672.34 | | | | | | | |
| | 10/16/06 | 1,071 | 19.1900 | 20,552.49 | | | | | | | |
| ESPA STOCK BIOTEC Total | | 35,178 | | 763,070.90 | | 13,712 | | 109,991.61 | 21,466 | 71,938.22 | (581,141.07) |

(1) Italicized dates indicate settlement dates
(2) Held shares have been valued using the average closing price of $3.3513 per share.
(3) Shares sold during the 90-day lookback period have been valued at the higher value between the actual sales price and the average closing price from the class period end to the date of the actual sale.