# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW R. MAY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC., BEAR, STEARNS & CO., INC., NEEDHAM &COMPANY, INC., LAZARD FRERES & CO. LLC, FORTIS SECURITIES, INC. and J.P. MORGAN SECURITIES, INC <br><br> Defendants. <br> _____ | Civil No. 1:07-CV-04819-CM <br><br> **ELECTRONICALLY FILED** <br><br> **CERTIFICATE OF SERVICE** |
| KEVIN HENNESSY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., MICHAEL M. WICK, CYNTHIA M. BUTITTA, UBS SECURITIES LLC, LEHMAN BROTHERS HOLDINGS, INC. and J.P. MORGAN SECURITIES, INC. <br><br> Defendants. <br> _____ | Civil No. 1:07-CV-5707-CM <br><br> **CLASS ACTION** |

I hereby certify that on August 17, 2007, I electronically filed the foregoing Notice of Withdrawal of Motion of Erste-Sparinvest Kapitalanlagegesellschaft MBH for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel, along with this

2

Certificate of Service, with the Clerk of the Court using the CM/ECF system which will send notification of such filing electronically to registered counsel. Pursuant to that notification, a true and exact copy of the foregoing will also be mailed by first class U.S. mail on the next business day to any party or counsel not receiving electronic service from CM/ECF.

Respectfully submitted this 17th day of August, 2007.

    s/ Daniel P. Chiplock_____
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Steven E. Fineman, Esq. (SF – 8481)
    Daniel P. Chiplock, Esq. (DC – 1137)
    780 Third Avenue, 48th Floor
    New York, New York 10017-2024
    Tel: 212-355-9500
    Fax: 212-355-9592